No. 91–6056.  HILL v. PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 91–6058.  MOSIER v. WILLIAMS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 91–6059.  REED v. BELEW, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 91–6063.  HOLLOMAN v. THORNTON, SUPERINTENDENT, JOHNSTON CORRECTIONAL CENTER, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–6064.  KIRKSEY v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 91–6069.  MURPHY v. DOWD ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–6070.  MALIK v. PHILLIPS ET AL.  Sup. Ct. Haw.  Certiorari denied.

No. 91–6071.  LEBBOS v. STATE BAR OF CALIFORNIA ET AL.; and LEBBOS v. JUDGES, SANTA CLARA COUNTY SUPERIOR COURT. C. A. 9th Cir.  Certiorari before judgment denied.

No. 91–6075.  SAWDON v. ARKANSAS.  C. A. 8th Cir.  Certiorari denied.

No. 91–6080.  WILLIAMSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 91–6082.  KELLY v. TRICKEY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–6087.  SIDES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6092.  DENNIS v. DOWDLE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–6094.  STEVENS v. OHIO ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 91–6098.  TORO ARISTIZABAL v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.